**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|   |   |   |
|---|---|---|
| v. | § § § § § | Civil Action 4:22−cv−02080 |

Notice of Filing Fee Due

Filing fees are required to be paid at the commencement of any civil action. *See 28 USC § 1914*.

The Clerk's records do not indicate the fee has been paid in this case. To avoid having your case dismissed for failure to pay, the fee must be paid to the Clerk. The schedule of fees can be found at www.txs.uscourts.gov/page/FeeSchedule.

For additional information, call the court's Help Desk at (866) 358−6201 or see the court's website at www.txs.uscourts.gov.

Date: July 8, 2022

Nathan Ochsner, Clerk